UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Agosta v. Monsanto Co.*, Case No. 3:21-cv-06562-VC | **ORDER REGARDING MONSANTO'S WAVE 7 MOTION TO EXCLUDE EXPERT KOTHARI** |
| | Re: Dkt. No. 18951 |

The excerpts of Dr. Kothari's deposition submitted by Agosta cut off at page 155, in the middle of a discussion about Dr. Tomasetti's theory. Monsanto's excerpts are even less inclusive. The parties are ordered to file the pages of the deposition through the end of the discussion about Tomasetti's theory. This filing is due Wednesday, February 19 by 5:00 p.m.

**IT IS SO ORDERED.**

Dated: February 18, 2025

VINCE CHHABRIA
United States District Judge